IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAQUEL RESTO-RIVERA, Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 25-cv-05536-KMC |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, Defendant. | : | |

**ORDER**

AND NOW, this 21st day of October, 2026, following upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 14), Defendant's Response to Request for Review (ECF No. 15), and Plaintiff's Reply Brief (ECF No. 16), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **DENIED** and the final decision of the Commissioner denying disability benefits is **AFFIRMED**.

The Clerk of Court is to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Katayoun M. Copeland
KATAYOUN M. COPELAND
UNITED STATES MAGISTRATE JUDGE